

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00861-CR

Charles **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-3503
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED.

SIGNED October 9, 2013.

_____
Rebeca C. Martinez, Justice